UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| LARRY PERKINS | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | Civil No. 07-79-B-W |
| | ) | Criminal No. 05-24-B-W |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

### AMENDED[1] ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 16, 2007 her Recommended Decision. The Movant filed his objections to the Recommended Decision on October 29, 2007 and the Respondent filed its response to those objections on October 30, 2007. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is further **ORDERED** that the Movant's 28 U.S.C. § 2255 Motion (Docket # 1) is **DENIED**.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

---

[1] This Amended Order corrects the date of the Order Affirming from August 29, 2005 to October 30, 2007.

Dated this 30th day of October, 2007